# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>DIEGO ARMANDO<br>    MARTINEZ RUIZ (2),<br><br>                    Defendant. | CASE NO. 09CR2571-MMA<br><br>**JUDGMENT OF DISMISSAL** |



FILED
09 AUG 11 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: Title 21, U.S.C., Secs. 952 and 960; Title 18 U.S.C., Sec. 2 - Importation of Marijuana; Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 11, 2009

                                          CATHY ANN BENCIVENGO
                                          UNITED STATES MAGISTRATE JUDGE